IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY;  &<br>ELI LILLY DO BRASIL LTDA., | )<br>)<br>) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 1:13-cv-1770-LJM-TAB |
| | ) | |
| ACE EUROPEAN GROUP LIMITED<br>AIG EUROPE (UK) LIMITED;  AIG<br>EXCESS LIABILITY INSURANCE<br>COMPANY LTD.;  ALLIED WORLD<br>ASSURANCE CO HOLDINGS, LTD.;<br>ALTERRA AMERICAN INSURANCE<br>COMPANY f/k/a MAX RE LTD.;  ARCH<br>INSURANCE COMPANY;  ARCH<br>SPECIALTY INSURANCE COMPANY;<br>COMMERCIAL UNION INSURANCE<br>COMPANY n/k/a ONE BEACON<br>AMERICA INSURANCE COMPANY;<br>ENDURANCE AMERICAN SPECIALTY<br>INSURANCE COMPANY;  LEXINGTON<br>INSURANCE COMPANY;  LIBERTY<br>INSURANCE UNDERWRITERS INC.;<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY;  LIBERTY MUTUAL<br>INSURANCE COMPANY;  NEW<br>HAMPSHIRE INSURANCE COMPANY;<br>RSUI INDEMNITY COMPANY;<br>SCORE SE;  WESTCHESTER SURPLUS<br>LINES INSURANCE CO.;  XL<br>INSURANCE  COMPANY LIMITED, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear as counsel for:  Defendants, Commercial Union Insurance Company n/k/a OneBeacon America Insurance Company.

Dated:  11/07/2013                           *s/   Scott A. Harkness*

                                                   Scott A. Harkness (#16418-49)
                                                   NORRIS CHOPLIN SCHROEDER LLP
                                                   101 West Ohio Street, Ninth Floor
                                                   Indianapolis, IN  46204-4213
                                                   317/269-9330;  317/269-9338 Fax
                                                   sharkness@ncs-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2013, a copy of the foregoing Appearance of Counsel was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                             *s/   Scott A. Harkness*