UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY; & ELI LILLY DO BRASIL LTDA.<br><br>    Plaintiffs,<br><br>vs.<br><br>ACE EUROPEAN GROUP LIMITED; ET AL.<br><br>    Defendants. | )<br>)<br>) CASE NO. 1:13-CV-1770-LJM-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Eli Lilly and Company & Eli Lilly do Brasil Ltda. dismiss all claims without prejudice against Defendant Allied World Assurance Co. Holdings, Ltd. ("Allied World") only. As no defendant has filed an answer, Allied World shall be dismissed from this case without prejudice without court order. The parties shall bear their own costs.

Respectfully submitted,

 s/Colin E. Connor
PLEWS SHADLEY RACHER & BRAUN LLP
Attorneys for Eli Lilly and Company & Eli Lilly do Brasil Ltda.

George M. Plews (Atty. No. 6274-49)
Gregory M. Gotwald (Atty. No. 24911-49)
Colin E. Connor (Atty. No. 28504-49)
1346 North Delaware Street
Indianapolis, IN 46202
(317) 637-0700
(317) 637-0710 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, a copy of the foregoing was filed electronically. Notice of this of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas E. Wheeler
FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900, P.O. Box 44961
Indianapolis, IN 46244-0961

Katherine W. O'Malley
Jeffrey B. Fecht
Cozen O'Connor
333 West Walker Drive, Suite 1900
Chicago, IL 60606

Richard Patrick Darke
Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603

Peter J. Preston
Thomas A. Brusstar
Hinkhouse Williams Walsh LLP
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601

Bruce L. Kamplain
Houston Hum
Cynthia Elaine Lasher
Scott A. Harkness
Norris Choplin & Schroeder LLP
101 West Ohio Street, 9th Floor
Indianapolis, In 46204

David A. Temple
Erik S. Mroz
Drewry Simmons Vornehm, LLP
Carmel City Center
736 Hanover Place, Suite 200
Carmel, IN 46032

Kelly A. Kraft
Bates & Carey LLP
191 North Wacker Drive, Suite 2400
Chicago, IL 60606

Theodore J. Blanford
Hume Smith Geddes Green & Simmons
54 Monument Circle, 4th Floor
Indianapolis, IN 46204

Dennis F. Cantrell
Cantrell Strenski & Mehringer, LLP
150 West Market Street, Suite 800
Indianapolis, In 46204

Christopher J. Nadeau
Traub Lieberman Straus &
Shrewsberry LLP
303 W. Madison St., Suite 1200
Chicago, IL 60606

s/ Colin E. Connor