UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY; & ELI LILLY DO BRASIL LTDA.<br><br>    Plaintiffs,<br><br>    vs.<br><br>ACE EUROPEAN GROUP LIMITED; ET AL.<br><br>    Defendants. | CASE NO. 1:13-CV-1770-LJM-TAB<br><br>Dismissal acknowledged.<br><br>LJM, USDJ 12/4/2013 |

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Eli Lilly and Company & Eli Lilly do Brasil Ltda. dismiss all claims without prejudice against Defendant Allied World Assurance Co. Holdings, Ltd. ("Allied World") only. As no defendant has filed an answer, Allied World shall be dismissed from this case without prejudice without court order. The parties shall bear their own costs.

        Respectfully submitted,

        s/Colin E. Connor
        PLEWS SHADLEY RACHER & BRAUN LLP
        Attorneys for Eli Lilly and Company & Eli Lilly do Brasil Ltda.

George M. Plews (Atty. No. 6274-49)
Gregory M. Gotwald (Atty. No. 24911-49)
Colin E. Connor (Atty. No. 28504-49)
1346 North Delaware Street
Indianapolis, IN 46202
(317) 637-0700
(317) 637-0710 (fax)