UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY; & ELI LILLY DO BRASIL LTDA. <br><br> Plaintiffs, <br><br> vs. <br><br> ACE EUROPEAN GROUP LIMITED; ET AL. <br><br> Defendants. | ) ) ) ) CASE NO. 1:13-CV-1770-LJM-TAB ) ) ) Acknowledged. ) ) LJM, USDJ  1/9/2014 ) ) ) ) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Eli Lilly and Company & Eli Lilly do Brasil Ltda. and Defendant Alterra American Insurance Company f/k/a Max Re Ltd. ("Alterra") stipulate to the dismissal of all claims without prejudice against Alterra only.  As Alterra has not filed an answer, Alterra shall be dismissed from this case without prejudice without court order.  The parties shall bear their own costs.

        Respectfully submitted,

        s/ Colin E. Connor
        PLEWS SHADLEY RACHER & BRAUN LLP
        Attorneys for Eli Lilly and Company & Eli Lilly do Brasil Ltda.

George M. Plews (Atty. No. 6274-49)
Gregory M. Gotwald (Atty. No. 24911-49)
Colin E. Connor (Atty. No. 28504-49)
1346 North Delaware Street
Indianapolis, IN 46202
(317) 637-0700
(317) 637-0710 (fax)