UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY; & ELI LILLY DO BRASIL LTDA. <br><br> Plaintiffs, <br><br> vs. <br><br> ACE EUROPEAN GROUP LIMITED; ET AL. <br><br> Defendants. | ) ) ) ) CASE NO. 1:13-CV-1770-LJM-TAB ) ) Acknowledged. ) ) LJM,   USDJ 1/9/2014 ) ) ) ) ) |

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Eli Lilly and Company & Eli Lilly do Brasil Ltda. dismiss all claims without prejudice against Defendant SCORE SE only.  As SCORE SE has not filed an answer, SCORE SE shall be dismissed from this case without prejudice without court order.  The parties shall bear their own costs.

Respectfully submitted,

s/ Colin E. Connor
PLEWS SHADLEY RACHER & BRAUN LLP
Attorneys for Eli Lilly and Company & Eli Lilly do Brasil Ltda.

George M. Plews (Atty. No. 6274-49)
Gregory M. Gotwald (Atty. No. 24911-49)
Colin E. Connor (Atty. No. 28504-49)
1346 North Delaware Street
Indianapolis, IN 46202
(317) 637-0700
(317) 637-0710 (fax)