UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY; & ELI LILLY DO BRASIL LTDA.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ACE EUROPEAN GROUP LIMITED; ET AL.<br><br>　　　　Defendants. | CASE NO. 1:13-CV-1770-LJM-TAB<br><br>Acknowledged.<br>ACE European Group Limited dismissed WITHOUT prejudice.<br><br>LJM,  DJ    2/11/2014 |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Eli Lilly and Company & Eli Lilly do Brasil Ltda. dismiss all claims without prejudice against Defendant ACE European Group Limited ("ACE European") only. As ACE European has not filed an answer, ACE European shall be dismissed from this case without prejudice without court order. The parties shall bear their own costs.

　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　s/ Colin E. Connor
　　　　　　　　　　　　PLEWS SHADLEY RACHER & BRAUN LLP
　　　　　　　　　　　　Attorneys for Eli Lilly and Company & Eli Lilly do Brasil Ltda.


George M. Plews (Atty. No. 6274-49)
Gregory M. Gotwald (Atty. No. 24911-49)
Colin E. Connor (Atty. No. 28504-49)
1346 North Delaware Street
Indianapolis, IN 46202
(317) 637-0700
(317) 637-0710 (fax)