UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY; & ELI LILLY DO BRASIL LTDA. | ) ) ) |
| Plaintiffs, | ) CASE NO. 1:13-CV-1770-LJM-TAB ) ) |
| vs. | ) ) ) |
| ACE EUROPEAN GROUP LIMITED; ET AL. | ) ) ) ) |
| Defendants. | ) |

> Acknowledged.
>
> AIG Europe (UK) Limited, AIG Excess Liability Insurance Company Ltd., Lexington Insurance Company, and New Hampshire Insurance Company dismissed WITHOUT prejudice.
>
> LJM, DJ     2/11/2014

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Eli Lilly and Company & Eli Lilly do Brasil Ltda. dismiss all claims without prejudice against Defendants AIG Europe (UK) Limited ("AIG Europe"), AIG Excess Liability Insurance Company Ltd. ("AIG Excess"), Lexington Insurance Company ("Lexington"), and New Hampshire Insurance Company ("New Hampshire") only. As AIG Europe, AIG Excess, Lexington, and New Hampshire have not filed answers, AIG Europe, AIG Excess, Lexington, and New Hampshire shall be dismissed from this case without prejudice without court order. The parties shall bear their own costs.

Respectfully submitted,

s/ Colin E. Connor
PLEWS SHADLEY RACHER & BRAUN LLP
Attorneys for Eli Lilly and Company & Eli Lilly do Brasil Ltda.