UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY; & ELI LILLY DO BRASIL LTDA. | ) )<br>) CASE NO. 1:13-CV-1770-LJM-TAB |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ARCH INSURANCE COMPANY; ET AL. | ) ) ) |
| Defendants. | ) |

## LILLY'S NOTICE OF SETTLEMENT WITH LIBERTY MUTUAL

Plaintiffs Eli Lilly and Company and Eli Lilly do Brasil Ltda. (collectively "Lilly") hereby notify the Court that it has reached a confidential settlement agreement with Defendants Liberty Mutual Insurance Company ("Liberty Insurance"), Liberty Mutual Fire Insurance Company ("Liberty Fire"), and Liberty Insurance Corporation ("Liberty Corp." and together with Liberty Insurance and Liberty Fire, "Liberty Mutual") resolving all claims against Liberty Mutual in this case. This settlement does not apply to or include Liberty International Underwriters or Liberty Insurance Underwriters, Inc. (collectively known as "LIU"). Lilly and Liberty Mutual will file a motion to dismiss Liberty Mutual as soon as they execute the settlement agreement.

                                              Respectfully submitted,

                                              s/ Colin E. Connor
                                              Attorneys for Eli Lilly and Company, and
                                              Eli Lilly do Brasil Ltda.

George M. Plews, gplews@psrb.com
Jeffrey D. Claflin, jclaflin@psrb.com
Gregory M. Gotwald, ggotwald@psrb.com
Colin E. Connor, cconnor@psrb.com
Ryan T. Leagre, rleagre@psrb.com
1346 North Delaware Street
Indianapolis, IN 46202
Tel: (317) 637-0700
Fax: (317) 637-0710

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bruce L. Kamplain
Houston Hum
Cynthia Elaine Lasher
Scott A. Harkness
Norris Choplin & Schroeder LLP
101 West Ohio Street, 9th Floor
Indianapolis, IN 46204

Charles E. Spevacek
Meagher & Geer P.L.L.P.
33 S. Sixth Street
Suite 4400
Minneapolis, MN 55402

Ana M. Francisco
Michael Thompson
Foley & Lardner, LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610

Christopher J. Nadeau
Mark F. Wolfe

Monica T. Sullivan
Melisa G. Thompson
Nicolaides Fink Thorpe Michaelides
Sullivan LLP
71 South Wacker, Suite 4400
Chicago, IL  60606

Eileen King Bower
Robert E. Browne, Jr.
Troutman Sanders LLP
55 West Monroe Street - Ste. 3000
Chicago, IL  60603

Joseph Thomas
Frederic X. Shadley
Gina M. Saelinger
Megan B. Gramke
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409

Dennis F. Cantrell
Cantrell Strenski & Mehringer, LLP

2

Michael F. Knippen
Traub Lieberman Straus & Shrewsberry LLP
303 W. Madison St., Suite 1200
Chicago, IL 60606

David A. Temple
Erik S. Mroz
Drewry Simmons Vornehm, LLP
Carmel City Center
736 Hanover Place, Suite 200
Carmel, IN 46032

150 West Market Street, Suite 800
Indianapolis, IN 46204


Joseph Ziemianski
Wendy N. Enerson
COZEN O'CONNOR
123 North Wacker Drive
Chicago, IL 60606


s/ Colin E. Connor