# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY; & ELI LILLY DO BRASIL LTDA., | **Acknowledged** <br> TWP <br> May 20, 2025 |
| Plaintiffs, | |
| v. | CASE NO. 1:13-CV-1770-TWP-TAB |
| ARCH INSURANCE COMPANY, et al., | |
| Defendants. | |

## FOURTH JOINT STATUS REPORT TO COURT REGARDING UNDERLYING BRAZILIAN LITIGATION

By its Order dated May 16, 2024, this Court directed the parties to file a status update "concerning the status of the appeal before the Brazilian Supreme Court" no later than May 16, 2025. [Doc. 1454.] The parties provide the following status update based on non-privileged facts provided by Lilly's Brazilian defense counsel.[1]

The main proceeding that is currently pending in Brazil is the Public Civil Action brought by the Labor Public Attorney ("LPA") under case no. 0028400-17.2008.5.15.0126 ("PCA"), alleging injury to workers and others due to the alleged environmental conditions at and emanating from the Cosmopolis plant formerly owned and operated by plaintiff Eli Lilly do Brasil, Ltda. ("Lilly Brazil"). Since May 8, 2014—the date that the trial court granted all relief sought by the LPA against Lilly and its co-defendant Antibioticos do Brasil Ltda. ("ABL")—the PCA has been

---

[1] Defendants have denied coverage for the Brazilian suits. As a result, Defendants are not involved in the Brazilian litigation and rely on the report provided by Plaintiffs without accepting the accuracy of any of the statements made therein.

in the multi-layered appellate process, and remains pending in the appellate process as of this filing. Lilly obtained a partial stay and suspension of the judgment against it from the Deputy Chief Justice of the Court of Appeals in 2019, which was upheld by the Special Chamber of the Court of Appeals in 2020. The judgment against Lilly Brazil remains partially stayed and suspended today, while the PCA appeals are pending.

As reported in the Third Joint Status Report filed on May 14, 2024, [Doc. 1453], in April 2024, the LPA rejected Lilly's and ABL's settlement proposal, and requested the discontinuation of settlement negotiations and for the case to be sent back to the 4th Chamber of the Superior Labor Court to be set for a judgment.

In September 2024, at the request of reporting Justice Alexandre Ramos, the case was sent back to the Mediation Board of the Superior Labor Court for a last attempt to resume settlement discussions. Another mediation hearing took place on September 30, 2024. The LPA was directed to present details of a proposed medical monitoring procedure, to enable Lilly and ABL to budget the total cost of its implementation.

In November 2024, the LPA presented a proposal for broad medical monitoring, with no concrete data that would enable Lilly and ABL to conduct a financial-budgetary analysis. As a result, both Lilly and ABL refused the LPA's proposal and moved for the case to be set for a judgment. On January 25, 2025, the Mediation Board of the Superior Labor Court returned the case to the 4th Chamber, where it has been pending since then.

Now that the mediation efforts are at an end, appellate proceedings in the PCA are expected to last another 2-4 years, based on the typical time for an appeal to be resolved. It is expected that once the 4th Chamber of the Superior Labor Court decides the appeals, those decisions may be appealed to the *en banc* panel of the Superior Labor Court and to the Brazilian Supreme Court on

constitutional grounds.  If these appeals are filed and accepted, the *en banc* and/or Brazilian Supreme Court proceedings are expected to last an additional 2-5 years.[2]

If, after reviewing this status report, the Court seeks additional information about the status of the underlying Brazilian matters, the parties stand prepared to provide it.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/John P. Fischer | /s/Megan B. Gramke (by JPF with consent) |
| Andrew J. Detherage | Megan B. Gramke |
| John P. Fischer, Jr. | UB GREENSFELDER LLP |
| BARNES & THORNBURG LLP | 312 Walnut Street, Suite 1400 |
| 11 South Meridian Street | Cincinnati, OH 45202-4029 |
| Indianapolis, IN 46204 | Tel: (513) 698-5146 |
| Tel:  (317) 236-1313 | Fax: (513) 698-5147 |
| Fax: (317) 231-7433 | mgramke@ubglaw.com |
| andy.detherage@btlaw.com | |
| john.fischer@btlaw.com | ***Counsel for Arch Insurance Company and Arch Specialty Insurance Company*** |

George M. Plews
Gregory M. Gotwald
Ryan T. Leagre
PLEWS SHADLEY RACHER & BRAUN, LLP
1346 North Delaware Street
Indianapolis, IN 46202
Tel:  (317) 637-0700
Fax: (317) 637-0710
gplews@psrb.com
ggotwald@psrb.com

***Counsel for Eli Lilly and Company and Lilly do Brasil Ltda.***

---

[2] In addition to the PCA, a number of individual suits are also pending in Brazil, arising out of the same general allegations asserted in the PCA.  Following the findings of the PCA, 16 individual enforcement suits have been filed against Lilly Brazil and ABL by individual plaintiffs seeking payment from Lilly Brazil and ABL for the costs of their medical treatment, under the 2014 PCA trial court judgment.  These suits were not stayed by the appellate court in the PCA, and they are at different stages, currently pending in the trial court and in the appellate courts.  These individual enforcement suits are expected to conclude in 2-3 years.  A number of additional individual suits have also been filed seeking damages different from, and not tied to, the 2014 PCA trial court judgment, 24 of which are pending as of this filing.  These additional individual suits are currently expected to resolve within the same general time frame as the PCA.

3

Respectfully submitted,

*/s/Monica T. Sullivan (by JPF with consent)*
Meaghan Minalt
Monica T. Sullivan
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
10 S. Wacker, Suite 3600
Chicago, IL 60606
Tel: (312) 585-1459
Fax: (312) 585-1401
mminalt@nicolaidesllp.com
msullivan@nicolaidesllp.com

***Counsel for Endurance American Specialty Insurance Company***

Respectfully submitted,

*/s/Wendy N. Enerson (by JPF with consent)*
Bryan Vezey
Joseph Ziemianski
COZEN O'CONNOR-HOUSTON
1221 McKinney Street, Suite 2900
Houston, TX 77010
Tel: (832) 214-3940
bvezey@cozen.com
jziemianski@cozen.com

Katherine C. O'Malley
Samuel R. Stalker
Wendy N. Enerson
COZEN O'CONNOR
123 N. Wacker Drive, Ste. 1800
Chicago, IL 60606
Tel: (312) 382-3136
komalley@cozen.com
sstalker@cozen.com
wenerson@cozen.com

***Counsel for Westchester Surplus Lines Insurance Co.***

Respectfully submitted,

*/s/Andrew M. Meerkins (by JPF with consent)*
Andrew M. Meerkins
FOLEY & LARDNER LLP
777 East Wisconsin Ave.
Milwaukee, WI 53202
Tel: (414) 319-7033
ameerkins@foley.com

Thomas B. Bays
NORRIS CHOPLIN & SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204
Tel: (317) 269-9330
Fax: (317) 269-9338
tbays@ncs-law.com

***Counsel for Liberty Insurance Underwriters, Inc.***

Respectfully submitted,

*/s/Mark F. Wolfe (by JPF with consent)*
Mark F. Wolfe
Michael S. Knippen
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
303 W. Madison Street, Suite 1200
Chicago, IL 60606
Tel: (312) 332-3900
Fax: (312) 332-3908
mwolfe@traubliebennan.com
mknippen@traubliebennan.com

John Carl Trimble
LEWIS WAGNER LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Tel: (317) 237-0500
Fax: (317) 630-2790
jtrimble@lewiswagner.com

***Counsel for RSUI Indemnity Company***

4

Respectfully submitted,

*/s/Eileen K. Bower (by JPF with consent)*
Eileen K. Bower
Meghan C. Dalton
CLYDE & CO US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Tel: (312) 635-6937
Fax: (312) 635-6950
Eileen.Bower@clydeco.us
meghan.dalton@clydeco.us

David A. Temple
Erik S. Mroz
DREWRY SIMMONS VORNEHM, LLP
Carmel City Center
736 Hanover Place, Suite 200
Carmel, IN 46032
Tel: (317)580-4848
Fax: (317) 580-4853
dtemple@DSVlaw.com
emroz@dsvlaw.com

***Counsel for XL Insurance America, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/John P. Fischer</u>